WWR#8109966

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re: Thalia Marie Jaimez

                  Debtor,

Case No. 09-77692-TJT
Chapter 13
Hon. Thomas J. Tucker

_____/

WELTMAN, WEINBERG & REIS CO., L.P.A
By: Jonathan Rosenthal, (P-66851)
Attorneys for Creditor
Huntington National Bank
2155 Butterfield Drive, Suite 200-S
Troy, Michigan 48084
248-362-6188
jrosenthal@weltman.com

Gregory L. Dodd
Attorney for Debtor
300 North Huron
Ypsilanti, MI 48197-2518
(734) 487-2611
_____/

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

    Now comes Huntington National Bank by and through counsel, and states that it objects to confirmation of the Debtor's Chapter 13 Plan for the following reasons:

    1.    Creditor Huntington National Bank is the holder of a Credit Agreement and Mortgage, giving a security interest in 7435 ANN HARBOR ST, DEXTER, MI 48130.

    2.    Debtor's Chapter 13 Plan fails to treat the claim of Huntington National Bank in any way.

WHEREFORE, Huntington National Bank prays this Court deny confirmation of the proposed Chapter 13 Plan.

WELTMAN, WEINBERG & REIS CO., L.P.A.

By: /S/ Jonathan F. Rosenthal
Jonathan F. Rosenthal (P-66851)
Attorneys for Creditor
Huntington National Bank
2155 Butterfield Drive, Suite 200-S
Troy, MI 48084
248-362-6188
jrosenthal@weltman.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re: Thalia Marie Jaimez

                              Debtor,

Case No. 09-77692-TJT
Chapter 13
Hon. Thomas J. Tucker

_____/

WELTMAN, WEINBERG & REIS CO., L.P.A
By: Jonathan Rosenthal, (P-66851)
Attorneys for Creditor
Huntington National Bank
2155 Butterfield Drive, Suite 200-S
Troy, Michigan 48084
248-362-6188
jrosenthal@weltman.com

Gregory L. Dodd
Attorney for Debtor
300 North Huron
Ypsilanti, MI 48197-2518
(734) 487-2611
_____/

## PROOF OF SERVICE

A copy of the Objection to Confirmation of Chapter 13 Plan, on behalf of Creditor Huntington National Bank, was sent to the following:

        Gregory L. Dodd, Esq.
        Attorney for Debtor
        300 North Huron
        Ypsilanti, MI 48197-2518

        Tammy L. Terry, Trustee
        Buhl Building
        535 Griswold, Suite 2100
        Detroit, MI 48226

on the _____21st_____ day of January, 2010 by U.S. Mail or electronic notification.

                              /s/ Jennie Adragna
                              Jennie Adragna, Legal Assistant
                              Weltman, Weinberg & Reis Co., L.P.A.