UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:                  CHAPTER 13
THALIA MARIE JAIMEZ, Debtor(s).       CASE NO. 09-77692-TJT
_____/   JUDGE THOMAS J. TUCKER

## TRUSTEE'S OBJECTIONS TO
## CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES,** the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. As of today, the Trustee has not received a true copy of the debtor's Payment Order, or an Electronic Transfer of Funds Payment Order, in contravention of E.D. Mich. L.B.R. 1007-1(c).

2. The Trustee requests that the debtor(s) provide copies of three (3) post-petition pay stubs at least seven (7) days prior to confirmation.

3. The debtor's Plan fails to comply with E.D. Mich. L.B.R. 3015-1(a)(3) as the Plan fails to assume or reject the unexpired lease or executory contract with Verizon Wireless as disclosed on the debtor's Schedule G.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee

January ___,2010

**/S/ TAMMY L. TERRY (P-46254)**
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS-KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

IN THE MATTER OF:

THALIA MARIE JAIMEZ, Debtor(s).

_____/

CHAPTER 13
CASE NO. 09-77692-TJT
JUDGE THOMAS J. TUCKER

## CERTIFICATE OF MAILING

I hereby certify that on January 28, 2010, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

*/s/ Juatane E. Miller*
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

THALIA MARIE JAIMEZ
7435 ANN ARBOR ST.
DEXTER, MI 481300000

GREGORY L. DODD, ATTORNEY AT LAW
300 NORTH HURON
YPSILANTI, MI 481970000