United States Bankruptcy Court
Eastern District of Michigan

In re: Thalia Marie Jaimez,            Case No. 09-77692
                                         Judge: Thomas J. Tucker
                 Debtor.
_____/

## CERTIFICATE OF SERVICE

I, Gregory L. Dodd, do hereby affirm that, on April 8, 2010, I served a copy of the Debtor's **First Amended Chapter 13 Plan – Pre-Confirmation** on those listed on the attached list by placing said Plan in an envelope, first-class postage fully prepaid and depositing the envelope in the United States Postal Service.

On April 7, 2009, I served a copy of said document on the following parties through the Court's CM/ECF system

- Standing Chapter 13 Trustee, Tammy L. Terry
- Shawn C. Drummond on behalf of Fannie Mae
- D. Lisa Evans on behalf of Fannie Mae
- Jonathan F. Rosenthal on behalf of Huntington National Bank


Dated: April 8, 2010                      /s/ Gregory L. Dodd_____
                                                 Gregory L. Dodd (P43404)
                                                 Attorney for Thalia Jaimez
                                                 300 North Huron Street
                                                 Ypsilanti, MI  48197
                                                 Phone: 734-487-2611
                                                 gregorydodd@doddkeyeslaw.com

1

| | | |
|---|---|---|
| | Huntington National Bank<br>c/o Weltman, Weinberg & Reis<br>2155 Butterfield Drive, Ste 200S<br>Troy, MI 48084-3463 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 |
| Abn-Amro<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 | AmTrust Bank, division of New York Community<br>Dept OH98-0210<br>1111 Chester Avenue<br>Cleveland, Ohio 44114-3545 | Amtrust Bank<br>1801 E 9th St Ste 200<br>Cleveland, OH 44114-3103 |
| Assoc Card<br>1305 West Main St<br>Stevens Point, WI 54481-2830 | Bac/Fleet-Bkcard<br>200 Tournament Dr<br>Horsham, PA 19044-3606 | Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 |
| CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Cap One<br>Po Box 85520<br>Richmond, VA 23285-5520 |
| Chase<br>800 Brooksedge Blv<br>Westerville, OH 43081-2822 | Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 | Chase Auto<br>14800 Frye Road<br>Fort Worth, TX 76155-2732 |
| Chase Manhattan Mtge<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | Chase Morg<br>101 E Town Street<br>Columbus, OH 43215-5187 | Citi<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| Citi<br>Po Box 6003<br>Hagerstown, MD 21747-6003 | Det Ed Cu<br>2705 E Grand River<br>Howell, MI 48843-6634 | Dovnmule Mtg<br>1 Corporate Dr Suite 360<br>Lake Zurich, IL 60047-8945 |
| Dte Energy<br>3200 Hobson St<br>Detroit, MI 48201-2927 | FIA Card Services NA aka Bank of America<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | First Usa Bank<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 |
| First Usa Bank N A<br>1001 Jefferson Plaza<br>Wilmington, DE 19801-1493 | (c)FIRST USA BANK N A<br>3 PIEDMONT CTR NE<br>ATLANTA GA 30305-4613 | Fnb Omaha<br>P.O. Box 3412<br>Omaha, NE 68197-0001 |
| Gemb/Mervyn<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/Sams<br>Po Box 981400<br>El Paso, TX 79998-1400 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |

| | | |
|---|---|---|
| Hsbc Frnrw<br>Pob 15521<br>Wilmington, DE 19850-5521 | Hsbc/Artvn<br>Pob 15521<br>Wilmington, DE 19850-5521 | Huntington National Bank<br>P O Box 89424<br>Cleveland OH 44101-6424 |
| M&I Milw<br>770 N Water St<br>Milwaukee, WI 53202-3509 | Peoples United Bank<br>850 Main St<br>Bridgeport, CT 06604-4904 | Prin Res Mtg<br>Pob 711<br>Des Moines, IA 50303 |
| Shermeta & Adams, P.C.<br>445 South Livernois, #333<br>P.O. Box 5016<br>Rochester, MI 48308-5016 | Sky Bank<br>101 E Washington Avenue<br>New Castle, PA 16101-3755 | Sky Bank<br>119 E Fifth Street<br>East Liverpool, OH 43920-3030 |
| The Huntington Natl Ba<br>7450 Huntington Prk Dr H<br>Columbus, OH 43235-5617 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Transamerica Bank<br>11227 Lakeview Ave<br>Lenexa, KS 66219-1399 |
| Unvl/Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Verizon Wireless<br>5175 Emerald Parkway<br>Dublin, OH 43017-1067 | Wash Mtg Co<br>315 E Eisenhower Ste 12<br>Ann Arbor, MI 48108-3330 |
| Washmuhom<br>2210 Enterprise Drive<br>Florence, SC 29501-1109 | Wfnnb/Express<br>4590 E Broad St<br>Columbus, OH 43213-1301 | Wshngtn Mutl<br>7757 Bayberry Rd<br>Jacksonville, FL 32256-6816 |
| Gregory L. Dodd<br>300 North Huron<br>Ypsilanti, MI 48197-2842 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | Thalia Marie Jaimez<br>7435 Ann Arbor St.<br>Dexter, MI 48130-1451 |

