United States Bankruptcy Court
Eastern District of Michigan

In re: Thalia Marie Jaimez,             Case No. 09-77692
                                                                 Judge: Thomas J. Tucker
                     Debtor.
_____/

## Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to:

1. **X** Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 10 days.]

Dated: April 27, 2010                                     /s/ Gregory L. Dodd_____
                                                                       Gregory L. Dodd (P43404)
                                                                       Debtor's Attorney
                                                                       300 North Huron Street
                                                                       Ypsilanti, MI 48197
                                                                       734-487-2611

1